## UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | **Chapter 7 Case** |
| | ) | |
| **STEVEN MISZKOWICZ** | ) | |
| **CONNIE GIPPLE** | ) | **Case No. 11-40844** |
| | ) | |
| **Debtors.** | ) | **Honorable Jacqueline P. Cox** |

### FIRST AND FINAL APPLICATION FOR ALLOWANCE OF
### COMPENSATION FOR QUARLES & BRADY LLP,
### ATTORNEYS FOR PHILIP V. MARTINO, TRUSTEE FOR THE
### BANKRUPTCY ESTATE OF STEVEN MISZKOWICZ AND CONNIE GIPPLE

Trustee, Philip V. Martino, pursuant to Section 330 of the United States Bankruptcy Code, requests this Court to enter an order authorizing payment by Trustee to Quarles & Brady LLP ("**Q&B**"), attorneys for Trustee, of compensation of $60,000.00 for 325.6 hours of legal services rendered to Trustee (including 1 hour of estimated time to finalize and present this Application) from February 23, 2012, to the present.  In addition, Q&B requests reimbursement for necessary costs in the amount of $1,823.91.

This "no asset" case included a $100,000.00 scheduled asset (a partnership interest) that Debtors scheduled as worthless, ostensibly because it has been assigned pre-petition to insiders. Debtors had few documents regarding this asset or its pre-petition liquidation.  Debtors' insiders elected to ignore Trustee's request for information and documents.  The insiders believed that Trustee should leave them alone and accept Debtors unsubstantiated explanation for the disposition of the partnership interest.  Trustee refused.

At Trustee's direction, Q&B has reduced its nearly $115,000.00 fee invoices by almost $55,000.00, for a net fee request of $60,000.00.  This reduction was made to assure a distribution to unsecured creditors.  The legal fees were so high due to the intransigence of Debtors' family members (who live in Arizona) and their abject and unjustifiable refusal to:

A. Respond to Trustee's informal and formal request for information regarding the $100,000 asset;

B. Accept service of process of subpoenas;

C. Produce documents in response to the served subpoenas;

D. Respond timely to document requests once litigation was initiated;

E. Stipulate to Debtors' insolvency during the insider preference period; and

F. Satisfy the entered judgment.

In addition, during the litigation the insiders:

A. Raised specious defenses to Trustee's otherwise vanilla insider preference complaint;

B. Attempted to create factual questions in response to Trustee's summary judgment motion that contradicted their answers to the complaint and many years of admissions made via their annual IRS tax returns;

C. Forced Trustee to direct Q&B to file numerous motions to strike or compel that have no place in what should have been a routine insider preference lawsuit;

D. Failed to make a realistic settlement proposal to Trustee or accept Trustee's settlement proposals;

E. Refused to respond to Trustee's post-judgment requests for payment, thereby forcing Trustee to initiate citation proceedings in Arizona and Illinois;

F. Partially defeated Trustee's motion for summary judgment on their ordinary course defense by asserting facts they were unable to support with testimony or documents at trial; and

G. Ducked service of process of the citations.

After judgment was entered and the citation served, one of the defendants cried poverty and made a lowball settlement offer, which Trustee refused absent her bankruptcy filing to substantiate her financial condition and identify asset transfers she had made. In response, she satisfied the judgment in full a few days later.

In support of this Final Application, Trustee states as follows:

## I. COMMENCEMENT OF PROCEEDING

1. On October 7, 2011 (the "**Petition Date**"), Debtors filed a chapter 7 petition to initiate the above-captioned bankruptcy case and Philip V. Martino was appointed Trustee for this bankruptcy.

2. The 341 meeting was scheduled for November 9, 2011 but was continued to December 7, 2011.

QB\31279048.1

3.      On December 9, 2011, Trustee filed his initial report of assets.

4.      On August 5, 2014, this Court entered an Order granting Trustee's motion to retain Quarles & Brady LLP as his attorney, retroactive to February 23, 2012.

5.      All professional services for which compensation is requested herein were performed by Q&B and on behalf of Trustee and not for or on behalf of any creditor or any other person.  Trustee separately accounts for his services as Trustee herein, and requests interim compensation for those services under separate application.

**NATURE OF LEGAL SERVICES PERFORMED BY
QUARLES & BRADY LLP**

6.      Q&B has served as counsel for the Trustee at all times in these proceedings since his appointment on February 23, 2012.  Q&B has devoted its time to legal matters in this case, including the following:

**A.  EMPLOYMENT OF PROFESSIONAL PERSONS**

7.      Q&B drafted and presented the motion to retain Q&B as Trustee's General Counsel and began to prepare this motion for fees and costs.  In connection with the foregoing, Q&B expended 4.6 hours (including 1 hour of estimated time to prepare and finalize this fee application and attend court regarding same) for which it requests compensation of $2,087.50. An itemized breakdown of current services rendered to the Trustee is attached hereto as **Exhibit A(1).** The general breakdown of services rendered in this category is as follows:

| NAME | HOURS |
|------|-------|
| Philip V. Martino | 1.9 |
| Sara K. Baker | 2.2 |
| Colleen A. Greer | .5 |

**B.  ASSETS**

8.      Debtors' schedule B reflected ownership in a limited partnership of Miszkowicz Investments Limited Partnership (the "**MILP**"), valued at just over $100,000.00.

3

9.      All of the general and limited partnership interests in MILP were held by members of Debtor Steven Miszkowicz's family.  The MILP was established to hold and invest in real estate.  Upon information and belief, MILP ceased operations on or around December 2011.

10.     Pursuant to an "Assignment of Limited Partnership Interest" dated March 25, 2011 (the "**Assignment**"), Debtor assigned his interest in MILP as follows:  75% to Eugenia Marie Miszkowicz (Debtor's mother) and 25% to Mark Miszkowicz (Debtor's brother), in satisfaction of an alleged debt from them, or perhaps to repay an advance from MILP to him. The Assignment was ambiguous and devoid of details.  Further, MILP and the assignees refused to produce additional documents regarding the alleged Assignment, the underlying debt, or the related tax returns.

11.     On July 1, 2013, Trustee instructed Q&B attorneys to file an adversary complaint, *Philip V. Martino v. Eugenia Marie Miszkowicz, Mark Miszkowicz, et al.*, Case No. 13 A 00927 ("**Complaint**"), for preference payments made to Debtors' family.

12.     On June 19, 2014, this Court held a day of trial on the defendants' asserted affirmative defense to the insider preference Complaint.

13.     On July 23, 2014, this Court granted in part Trustee's motion for summary judgment on the Complaint [Dkt. 45].

14.     On July 24, 2014, this Court entered an Amended Judgment [Dkt. 48] in favor of Philip V. Martino, Trustee, in the amount of $101,787.00, ordering Eugenia Marie Miszkowicz to pay $76,340.25 and Mark Miszkowicz to pay $25,446.75 to Trustee.

15.     On September 2, 2014, Mark Miszkowicz satisfied his portion of the Amended Judgment.

16.     Despite the Amended Judgment, Defendant Eugenia Marie Miszkowicz neither satisfied the judgment nor responded to Trustee's and Q&B's communications regarding that

4

subject. Trustee instructed Q&B attorneys to file a citation to discover assets. Soon after

service, on November 11, 2014, Eugenia Miszkowicz satisfied the judgment and remitted

$76,340.25.

17.    In connection with the foregoing, Q&B expended 321.0 hours for which it

requests compensation of $110,577.00. An itemized breakdown of current services rendered to

the Trustee is attached hereto as **Exhibit A(2).** The general breakdown of services rendered in

this category is as follows:

| NAME | HOURS |
|---|---|
| Philip V. Martino | 2.6 |
| Scott A. Klundt | 2.8 |
| Lori L. Winkelman | 1.2 |
| Lauren N. Beslow | 22.8 |
| Sarah K. Baker | 279.7 |
| Elizabeth A. Hibbs | .7 |
| Amy D. Sells | .3 |
| Paula A. Fedor | 10.6 |
| Sybil Taylor Aytch | .3 |

## II. STATEMENT OF LEGAL SERVICES AND EXPENSES

18.    Since February 23, 2012, Q&B has devoted 325.6 hours (including 1 hour of

estimated time) to represent the Trustee, and has provided this estate with actual and necessary

legal services worth almost $115,000.00, but for which Q& B requests payment of $60,000.00.

19.    In addition, Q&B requests reimbursement for necessary costs in the amount of

$1,823.91 for photocopy charges ($.10 per page), filing fees, process service, overnight delivery

fees, messenger service and deferred court fees ($250.00).

20.    Attached as **Exhibit B** is a biographical sketch (including billing rates) of the

Q&B personnel who performed services on this matter during the term of this Application.

21.    Attached as **Exhibit C** is Philip Martino's affidavit in support of the Application.

**WHEREFORE**, Trustee requests the entry of an order:

A.     Authorizing payment to Q&B compensation in this bankruptcy proceeding in the amount of $60,000.00 for actual, necessary and valuable professional services rendered;

B.     Authorizing reimbursement of actual and necessary costs of $1,823.91; and

C.     For such other and further relief as this Court may deem equitable and just.

Respectfully submitted,

By:    /s/Philip V. Martino
        Trustee
Philip V. Martino
Sarah K. Baker
QUARLES & BRADY LLP
300 North LaSalle Street, Suite 4000
Chicago, IL  60654
(312) 715-5000

QB\31279048.1

# Quarles & Brady LLP

411 East Wisconsin Boulevard
Suite 3400
Tampa, FL 33602-5195
Tel. 414.277.5000
Fax 414.271.3552
www.quarles.com

Attorneys at Law in:
Chicago, Illinois
Milwaukee and Madison, Wisconsin
Naples and Tampa, Florida
Phoenix and Tucson, Arizona
Washington, DC

**Tax ID No. 39-0432630**

## INVOICE SUMMARY

| | | |
|---|---|---|
| Invoice Number: | 2008149 | Privileged & Confidential |
| Invoice Date: | December 09, 2014 | |

Philip V. Martino, Trustee Steven Miszkowicz, Connie Gipple
Quarles & Brady LLP
Suite 4000
300 North LaSalle Street
Chicago, IL 60654

For Professional Services Rendered Through December 05, 2014
Re: Professional Retention - Chapter 7 Bankruptcy Estate
Q & B Matter Number: 146392.00003

| | |
|---|---|
| Current Fees: | $    1,457.50 |
| Current Total Due: | $    1,457.50 |
| **TOTAL AMOUNT DUE:** | **$    1,457.50** |

**INVOICE IS PAYABLE UPON RECEIPT**

Philip V. Martino, Trustee Steven Miszkowicz, Connie Gipple Steven           December 09, 2014
Miszkowicz and Connie Gipple
RE: Professional Retention - Chapter 7 Bankruptcy Estate                      Invoice Number: 2008149
Q & B Matter Number: 146392.00003                                            Page 2

| Date | Description | Professional | Hours |
|------|-------------|--------------|-------|
| 01/03/14 | Review and revise time entries to date. | PMARTINO | 0.30 |
| 03/06/14 | Revise February time entries. | PMARTINO | 0.20 |
| 05/12/14 | Review and revise March and April time entries. | PMARTINO | 0.20 |
| 06/03/14 | Revise and revise May time entries. | PMARTINO | 0.10 |
| 07/02/14 | Revise June time entries. | PMARTINO | 0.10 |
| 07/25/14 | Telephone calls with C. Greer and P. Martino regarding retention application. | SBAKER | 0.20 |
| 07/25/14 | Revise retention application. | SBAKER | 1.00 |
| 08/05/14 | Attend retroactive hearing on retention application. | SBAKER | 1.00 |
| 11/13/14 | Begin draft of final fee application for Quarles & Brady LLP (.5). | CGREER | 0.50 |

**FEE SUMMARY:**

| ID | Name | Hours | Rate | Amount |
|----|------|-------|------|--------|
| PMARTINO | Philip V. Martino | 0.90 | 630.00 | 567.00 |
| SBAKER | Sarah K. Baker | 2.20 | 365.00 | 803.00 |
| CGREER | Colleen A. Greer | 0.50 | 175.00 | 87.50 |
| Total | | 3.60 | | 1,457.50 |

Total Fees:                    $      1,457.50

# Quarles & Brady LLP

11 East Kilbourn Boulevard
Suite 3400
Tampa, FL 33602-5195
Tel. 414.277.5000
Fax 414.271.3552
www.quarles.com

Attorneys at Law in:
Chicago, Illinois
Milwaukee and Madison, Wisconsin
Naples and Tampa, Florida
Phoenix and Tucson, Arizona
Washington, DC

## INVOICE SUMMARY

**Tax ID No. 39-0432630**

| | |
|---|---|
| Invoice Number: | 2008148 |
| Invoice Date: | December 09, 2014 |

Privileged & Confidential

Philip V. Martino, Trustee Steven Miszkowicz, Connie Gipple
Quarles & Brady LLP
Suite 4000
300 North LaSalle Street
Chicago, IL 60654

For Professional Services Rendered Through December 05, 2014
Re: Steven Miszkowicz and Connie Gripple Assets - Chapter
7 Bankruptcy Estate
Q & B Matter Number: 146392.00005

| | | |
|---|---|---|
| Current Fees: | $ | 110,577.00 |
| Current Total Due: | $ | 110,577.00 |
| **TOTAL AMOUNT DUE:** | **$** | **110,577.00** |

**INVOICE IS PAYABLE UPON RECEIPT**

Philip V. Martino, Trustee Steven Miszkowicz, Connie Gipple Steven          December 09, 2014
Miszkowicz and Connie Gipple
RE: Steven Miszkowicz and Connie Gripple Assets - Chapter 7               Invoice Number: 2008148
Bankruptcy Estate
Q & B Matter Number: 146392.00005                                         Page 2

| Date | Description | Professional | Hours |
|------|-------------|--------------|-------|
| 02/23/12 | Begin review of file regarding partnership interest. | SBAKER | 1.30 |
| 02/24/12 | Review file in partnership interest. | SBAKER | 3.60 |
| 03/15/12 | Draft email regarding case status. | SBAKER | 0.40 |
| 03/20/12 | Review schedules in preparation of discovery requests. | SBAKER | 0.70 |
| 03/23/12 | Draft document requests to Miszkowicz Investment Partnership. | SBAKER | 2.50 |
| 04/09/12 | Review draft Subpoena to Miszkowicz Investments LP (.1); verify service of process information for Miszkowicz Investments LP (.1); obtain district court jurisdiction for subpoena (.1); obtain Arizona process server for service of same (.1). | PAF | 0.40 |
| 04/10/12 | Assemble Subpoena to Miszkowicz Investments LP for service (.10); communications with process server regarding same (.10); obtain check for service of process fee and forward same to process server and communications with process server regarding same (.20). | PAF | 0.40 |
| 04/11/12 | Communications with process server regarding status of service of Subpoena to Miszkowicz Investments LP (.10); draft Notice of Issuance of Subpoena to Miszkowicz and confer with attorney regarding same(.20). | PAF | 0.30 |
| 04/11/12 | Review docket regarding parties to serve with notice of subpoena. | SBAKER | 0.60 |
| 04/13/12 | Communications with process server regarding status of service of Subpoena to Miszkowicz Investments LP (.10); research to verify whether Peter W. Taylor is deceased and to verify whether Miszkowicz Investments LP appointed a new agent for service of process (.10); obtain and review Arizona statute regarding service of process on Secretary of State (.20); telephone call with Arizona Secretary of State regarding procedure for same (.10); report status to attorney (.10); draft letter to Secretary of State regarding same and obtain service of process fee for same (.40); proof, edit, and finalize letter to Arizona Secretary of State and assemble enclosures for same (.20). | PAF | 1.20 |
| 04/13/12 | Review motion for summary judgment in adversary case. | SBAKER | 0.60 |

Philip V. Martino, Trustee Steven Miszkowicz, Connie Gipple Steven            December 09, 2014
Miszkowicz and Connie Gipple
RE: Steven Miszkowicz and Connie Gripple Assets - Chapter 7                  Invoice Number: 2008148
Bankruptcy Estate
Q & B Matter Number: 146392.00005                                            Page 3

| Date | Description | Professional | Hours |
|------|-------------|--------------|-------|
| 04/20/12 | Review documents received from Arizona Secretary of State; communications with Arizona Secretary of State to inquire as to status of receipt of proof of service of Subpoena to Miszkowicz Investments LP. | PAF | 0.20 |
| 04/23/12 | Prepare proof of service for Subpoena to Miszkowicz Investments LP and report status of same to attorney (.20); attention to file (.10). | PAF | 0.30 |
| 05/24/12 | Verify whether new registered agent appointed for Miszkowicz Investments LP; confer with attorney regarding same, details of service of process of same, and motion for contempt for Miszkowicz's failure to respond to subpoena. | PAF | 0.30 |
| 05/24/12 | Review subpoena for production of documents and Secretary of States' response thereto. | SBAKER | 0.40 |
| 06/07/12 | Research regarding motion to compel compliance of subpoena. | SBAKER | 1.10 |
| 06/08/12 | Draft Motion to Compel compliance with discovery. | SBAKER | 5.20 |
| 06/11/12 | Revise motion to compel. | SBAKER | 1.50 |
| 07/20/12 | Telephone call with Clerk of Court regarding motion to compel compliance with subpoena. | SBAKER | 0.40 |
| 08/15/12 | Telephone call with J. Fricke regarding status of bankruptcy case. | SBAKER | 0.20 |
| 09/04/12 | Telephone calls with court clerk regarding enforcement of subpoena (.3). | SBAKER | 0.30 |
| 09/19/12 | Review rules on miscellaneous proceedings for filing motion to compel. | SBAKER | 0.40 |
| 09/19/12 | Revise draft of motion to compel compliance with subpoena. | SBAKER | 1.60 |
| 09/20/12 | Telephone calls with Arizona regarding bankruptcy court clerks regarding miscellaneous proceedings. | SBAKER | 0.30 |
| 09/21/12 | Finalize draft of Motion to Compel and Proposed Order. | SBAKER | 1.50 |
| 09/24/12 | Review pleadings and correspond with S. Baker on filing. | LWINKELM | 0.50 |
| 09/25/12 | Review pleadings and prepare for filing. | LWINKELM | 0.70 |
| 01/31/13 | Telephone call with P. Martino regarding case status. | SBAKER | 0.10 |
| 01/31/13 | Draft email to L. Winkleman regarding case status. | SBAKER | 0.10 |
| 01/31/13 | Review files to determine case status. | SBAKER | 0.30 |

Philip V. Martino, Trustee Steven Miszkowicz, Connie Gipple Steven                December 09, 2014
Miszkowicz and Connie Gipple
RE: Steven Miszkowicz and Connie Gripple Assets - Chapter 7                Invoice Number: 2008148
Bankruptcy Estate
Q & B Matter Number: 146392.00005                Page 4

| Date | Description | Professional | Hours |
|------|-------------|--------------|-------|
| 02/01/13 | Multiple communications with Court re: proposed Order re: Motion of the Chapter 7 Trustee for an Order, Pursuant to Bankruptcy Rules 2004 and 9016, Compelling Mark Miszkowicz and Miszkowicz Investments Limited Partnership to Comply with Subpoena. | SAYTCH | 0.30 |
| 02/04/13 | Review email from L. Winkleman regarding order on motion to compel. | SBAKER | 0.10 |
| 02/08/13 | Review order granting motion to compel compliance with subpoena. | SBAKER | 0.10 |
| 02/12/13 | Telephone call with P. Feder regarding service of order on motion to compel. | SBAKER | 0.20 |
| 02/15/13 | Review documents received from attorney to be served on Mark Miszkowicz; obtain process server in Anthem, Arizona area; communications with process server to coordinate service of process of same. | PAF | 0.60 |
| 02/21/13 | Telephone call with J. Fricke regarding case status. | SBAKER | 0.20 |
| 02/28/13 | Communications with process server to inquire as to status of service of Subpoena and Order compelling Mark Miszkowicz to comply with Subpoena. | PAF | 0.10 |
| 03/27/13 | Communications with process server regarding status of service of Order, Subpoena, etc. upon Mark Miszkowicz; report status to attorney; research to verify home address for service of process for Mark Miszkowicz and to obtain alternative address for service of process; review due diligence affidavit received from process server; communication with process server regarding correction to same. | PAF | 0.60 |
| 03/28/13 | Telephone call with J. Paulsen regarding request for information from Debtor. | SBAKER | 0.10 |
| 03/28/13 | Review email from J. Paulsen regarding request for information from debtor. | SBAKER | 0.10 |
| 06/16/13 | Begin to draft adversary complaint. | SBAKER | 2.00 |
| 06/17/13 | Telephone call with J. Fricke regarding case status. | SBAKER | 0.20 |
| 06/17/13 | Continue draft of adversary complaint. | SBAKER | 3.70 |
| 06/18/13 | Continue draft of complaint. | SBAKER | 3.50 |
| 06/19/13 | Revise adversary complaint. | SBAKER | 1.50 |
| 06/24/13 | Draft email to J. Paulsen regarding general partner addresses. | SBAKER | 0.10 |

Philip V. Martino, Trustee Steven Miszkowicz, Connie Gipple Steven      December 09, 2014
Miszkowicz and Connie Gipple
RE: Steven Miszkowicz and Connie Gripple Assets - Chapter 7            Invoice Number: 2008148
Bankruptcy Estate
Q & B Matter Number: 146392.00005                                     Page 5

| Date | Description | Professional | Hours |
|------|-------------|--------------|-------|
| 06/24/13 | Review email from J. Paulsen regarding general partner addresses. | SBAKER | 0.10 |
| 06/26/13 | Draft email to J. Paulsen regarding Debtor's interest in family partnership. | SBAKER | 0.10 |
| 06/26/13 | Draft email to P. Martino regarding adversary complaint. | SBAKER | 0.10 |
| 06/28/13 | Telephone call with J. Paulsen regarding debtor's assets. | SBAKER | 0.10 |
| 07/01/13 | Revise and finalize adversary complaint for filing. | SBAKER | 3.50 |
| 07/15/13 | Review motions to quash summons and adversary complaint. | SBAKER | 0.30 |
| 07/22/13 | Draft response to Motion to Dismiss. | SBAKER | 4.00 |
| 07/23/13 | Review additional motions to dismiss adversary proceeding filed by Miszkowicz defendants. | SBAKER | 0.30 |
| 07/23/13 | Revise response to Motions to Dismiss Adversary Proceeding. | SBAKER | 0.80 |
| 07/26/13 | Revise response to Motion to Dismiss and prepare for filing. | SBAKER | 0.20 |
| 08/05/13 | Telephone call with A. Green regarding adversary proceeding status hearing. | SBAKER | 0.20 |
| 08/07/13 | Attend status hearing on adversary complaint. | SBAKER | 0.70 |
| 08/08/13 | Review e-mail from J. Green regarding status hearing. | SBAKER | 0.10 |
| 08/12/13 | Read e-mail from J. Green regarding settlement offer. | SBAKER | 0.10 |
| 08/13/13 | Review and respond to e-mail from J. Green regarding settlement offer. | SBAKER | 0.70 |
| 08/19/13 | Review e-mail from J. Green regarding settlement offer. | SBAKER | 0.10 |
| 08/19/13 | Review e-mail form P. Martino regarding settlement offer. | SBAKER | 0.10 |
| 08/28/13 | Review Answer to Adversary Complaint. | SBAKER | 0.30 |
| 08/28/13 | Review e-mail from P. Martino regarding Answer to Adversary Complaint and next steps. | SBAKER | 0.10 |
| 08/30/13 | Begin deposition outlines. | SBAKER | 1.00 |
| 09/09/13 | Prepare draft scheduling order. | SBAKER | 1.00 |
| 09/10/13 | Attend status conference on adversary proceeding. | SBAKER | 1.00 |
| 09/20/13 | Begin draft of Notices of Dismissal Without Prejudice of Certain Defendants. | SBAKER | 1.00 |
| 09/23/13 | Continue to draft Motion to Dismiss. | SBAKER | 1.20 |
| 10/23/13 | Attend status hearing on Adversary Complaint. | SBAKER | 1.30 |

Philip V. Martino, Trustee Steven Miszkowicz, Connie Gipple Steven          December 09, 2014
Miszkowicz and Connie Gipple
RE: Steven Miszkowicz and Connie Gripple Assets - Chapter 7               Invoice Number: 2008148
Bankruptcy Estate
Q & B Matter Number: 146392.00005                                          Page 6

| Date | Description | Professional | Hours |
|------|-------------|--------------|-------|
| 11/08/13 | Telephone call with J. Fricke regarding case status. | SBAKER | 0.10 |
| 11/11/13 | Review e-mail from P. Martino regarding Rule 26 disclosures. | SBAKER | 0.10 |
| 11/13/13 | Review defendant's Rule 26 disclosures. | SBAKER | 0.50 |
| 11/14/13 | Draft Rule 26(a)(1) disclosures. | SBAKER | 3.80 |
| 11/14/13 | Review documents regarding responses to request for production of documents. | SBAKER | 1.70 |
| 11/15/13 | Begin gathering documents regarding production of documents. | SBAKER | 2.00 |
| 11/22/13 | Draft response to request for production of documents. | SBAKER | 3.50 |
| 11/23/13 | Continue draft of response to request for production of documents. | SBAKER | 2.00 |
| 11/25/13 | Finalize Rule 26 Disclosures and Responses to Defendant's First Set of Requests for Production of Documents. | SBAKER | 2.00 |
| 12/16/13 | Begin draft of discovery requests. | SBAKER | 1.50 |
| 12/17/13 | Continue drafts of interrogatories and requests for production of documents. | SBAKER | 5.00 |
| 12/18/13 | Revise interrogatories and serve on counsel. | SBAKER | 0.50 |
| 12/18/13 | Telephone call with P. Martino regarding discovery. | SBAKER | 0.30 |
| 12/18/13 | Draft letter to J. Paulsen regarding request for production of documents. | SBAKER | 0.80 |
| 01/29/14 | Review discovery responses (.2); conference with Baker regarding same (.1); review further documents produced by defendant (.3); review emails regarding missing tax returns (.1; review 2009-11 tax returns (.8); emails regarding same (.1); follow up with Baker and West regarding same (.3). | PMARTINO | 1.90 |
| 01/29/14 | Review documents produced by Debtor and Defendants. | SBAKER | 1.10 |
| 01/29/14 | Review emails from P. Martino and L. West regarding tax returns. | SBAKER | 0.20 |
| 01/30/14 | Conference with Baker and emails regarding insolvency issues (.4); review documents regarding same (.2); review complaint and interrogatory answers regarding transfer dates (.1). | PMARTINO | 0.70 |
| 01/30/14 | Telephone call with P. Martino regarding discovery responses. | SBAKER | 0.40 |
| 01/30/14 | Telephone call with J. Paulsen regarding schedules. | SBAKER | 0.20 |
| 01/30/14 | Draft emails to P. Martino regarding adversary proceeding. | SBAKER | 0.30 |

Philip V. Martino, Trustee Steven Miszkowicz, Connie Gipple Steven          December 09, 2014
Miszkowicz and Connie Gipple
RE: Steven Miszkowicz and Connie Gripple Assets - Chapter 7                Invoice Number: 2008148
Bankruptcy Estate
Q & B Matter Number: 146392.00005                                          Page 7

| Date | Description | Professional | Hours |
|------|-------------|--------------|-------|
| 01/30/14 | Draft interrogatories and requests for production of documents. | SBAKER | 0.70 |
| 02/03/14 | Draft e-mails to J. Paulsen regarding deposition subpoenas. | SBAKER | 0.40 |
| 02/03/14 | Draft deposition subpoenas, notices of deposition and serve same. | SBAKER | 1.70 |
| 02/03/14 | Telephone call with J. Greene regarding discovery. | SBAKER | 0.20 |
| 02/06/14 | Review discovery responses. | SBAKER | 2.00 |
| 02/10/14 | Review discovery responses from Debtor and Defendants. | SBAKER | 2.50 |
| 02/10/14 | Draft supplemental response to request for production of documents. | SBAKER | 2.50 |
| 02/11/14 | Telephone call with J. Paulsen regarding production of documents. | SBAKER | 0.20 |
| 02/11/14 | Draft e-mail to J. Paulsen regarding production of documents and deposition. | SBAKER | 0.10 |
| 02/13/14 | Review discovery and pleadings regarding preparation of deposition outlines. | SBAKER | 2.30 |
| 02/14/14 | Draft deposition outlines. | SBAKER | 6.50 |
| 02/20/14 | Take deposition of S. Miszkowicz and C. Gipple. | SBAKER | 4.00 |
| 02/20/14 | Draft additional discovery responses as well as new discovery to defendants. | SBAKER | 1.50 |
| 02/21/14 | Serve discovery responses. | SBAKER | 0.20 |
| 02/28/14 | Telephone call with J. Paulsen regarding discovery. | SBAKER | 0.20 |
| 02/28/14 | Draft and serve discovery addressed to defendants. | SBAKER | 1.00 |
| 03/06/14 | Draft e-mail to J. Green regarding discovery responses. | SBAKER | 0.10 |
| 03/07/14 | Review deposition transcript. | SBAKER | 1.50 |
| 03/18/14 | Review supplemental discovery responses. | SBAKER | 0.30 |
| 03/19/14 | Begin draft of summary judgment motion and statement of undisputed material facts. | SBAKER | 5.50 |
| 03/20/14 | Continue to draft statement of undisputed facts. | SBAKER | 2.00 |
| 03/21/14 | Continue draft of statement of undisputed facts. | SBAKER | 2.20 |
| 03/24/14 | Continue draft of summary judgment motion. | SBAKER | 1.90 |

Philip V. Martino, Trustee Steven Miszkowicz, Connie Gipple Steven           December 09, 2014
Miszkowicz and Connie Gipple
RE: Steven Miszkowicz and Connie Gripple Assets - Chapter 7                  Invoice Number: 2008148
Bankruptcy Estate
Q & B Matter Number: 146392.00005                                            Page 8

| Date | Description | Professional | Hours |
|------|-------------|--------------|-------|
| 03/25/14 | Continue draft of undisputed facts in support of summary judgment. | SBAKER | 1.10 |
| 03/27/14 | Revise statement of undisputed facts and incorporate Trustee comments. | SBAKER | 1.20 |
| 03/31/14 | Continue draft of summary judgment motion. | SBAKER | 1.60 |
| 04/07/14 | Continue draft of summary judgment motion. | SBAKER | 5.70 |
| 04/08/14 | Continue draft of memorandum of law in support of summary judgment, statement of facts and affidavit of trustee in support. | SBAKER | 6.50 |
| 04/09/14 | Review produced documents regarding preparation of third exhibit list. | SBAKER | 3.30 |
| 04/09/14 | Prepare third exhibit list. | SBAKER | 2.00 |
| 04/10/14 | Draft witness list. | SBAKER | 1.00 |
| 04/10/14 | Revise draft exhibit and witness list. | SBAKER | 0.40 |
| 04/11/14 | Telephone call with P. Martino regarding pre-trial order. | SBAKER | 0.10 |
| 04/11/14 | Telephone call with Judge's clerk regarding pre-trial order. | SBAKER | 0.10 |
| 04/14/14 | Review and revise exhibit and witness list. | SBAKER | 1.00 |
| 04/14/14 | Draft correspondence to J. Green regarding witness and exhibit list. | SBAKER | 0.20 |
| 04/14/14 | Telephone call with J. Paulsen regarding Debtor's tax returns. | SBAKER | 0.20 |
| 04/14/14 | Revise statement of undisputed facts. | SBAKER | 1.20 |
| 04/14/14 | Revise partnership agreements regarding set off of loans from partner accounts. | SBAKER | 1.30 |
| 04/15/14 | Continue draft of memorandum of law in support of summary judgment motion. | SBAKER | 2.50 |
| 04/16/14 | Revise summary judgment documents. | SBAKER | 1.50 |
| 04/16/14 | Review and respond to e-mails from P. Martino regarding trial deadlines. | SBAKER | 0.30 |
| 04/18/14 | Review defendant's exhibit list and witness lists. | SBAKER | 0.50 |
| 04/18/14 | Telephone call with P. Martino regarding defendant's exhibit and witness lists. | SBAKER | 0.20 |
| 04/21/14 | Research regarding Ordinary Course of Business defense. | SBAKER | 3.00 |
| 04/21/14 | Telephone call with P. Martino regarding Summary Judgment motion. | SBAKER | 0.20 |

Philip V. Martino, Trustee Steven Miszkowicz, Connie Gipple/Steven          December 09, 2014
Miszkowicz and Connie Gipple
RE: Steven Miszkowicz and Connie Gripple Assets - Chapter 7                 Invoice Number: 2008148
Bankruptcy Estate
Q & B Matter Number: 146392.00005                                          Page 9

| Date | Description | Professional | Hours |
|------|-------------|--------------|-------|
| 04/21/14 | Revise draft of summary judgment motion. | SBAKER | 0.60 |
| 04/22/14 | Revise memorandum of law regarding ordinary course of business defense. | SBAKER | 3.50 |
| 04/22/14 | Revise undisputed statement of material facts. | SBAKER | 1.00 |
| 04/22/14 | Begin to prepare exhibits in support of summary judgment motion. | SBAKER | 1.30 |
| 04/23/14 | Draft proposal order on Summary Judgment Motion. | SBAKER | 0.50 |
| 04/23/14 | Revise Summary Judgment Motion. | SBAKER | 0.60 |
| 04/23/14 | Redact exhibits to Summary Judgment Motion. | SBAKER | 2.30 |
| 04/23/14 | Prepare exhibits for filing with Summary Judgment Motion. | SBAKER | 1.00 |
| 04/23/14 | Cite check memorandum of law and statement of undisputed material facts. | SBAKER | 1.70 |
| 04/23/14 | File Summary Judgment Motion, Memorandum of Law, Undisputed Material Facts and exhibits. | SBAKER | 1.00 |
| 04/24/14 | Telephone call with J. Greene regarding joint exhibit and witness lists. | SBAKER | 0.30 |
| 04/24/14 | Draft joint exhibit and witness lists. | SBAKER | 1.00 |
| 04/24/14 | Draft correspondence to Judge Cox regarding courtesy copies of exhibits. | SBAKER | 0.20 |
| 04/24/14 | Draft e-mail to J. Greene regarding offer to settle. | SBAKER | 0.20 |
| 04/24/14 | Telephone call with P. Martino regarding potential offer to settle. | SBAKER | 0.20 |
| 04/30/14 | Attend hearing on Motion for Summary Judgment. | SBAKER | 1.00 |
| 04/30/14 | Draft e-mail to J. Greene regarding hearing on Motion for Summary Judgment. | SBAKER | 0.20 |
| 05/12/14 | Begin outline of trial brief. | SBAKER | 2.00 |
| 05/14/14 | Begin draft of trial brief. | SBAKER | 2.50 |
| 05/15/14 | Continue draft of trial brief. | SBAKER | 3.50 |
| 05/15/14 | Begin draft of Joint List of Stipulated Facts. | SBAKER | 2.50 |
| 05/20/14 | Review and analyze response to Trustee's Motion for Summary Judgment. | SBAKER | 1.00 |

Philip V. Martino, Trustee Steven Miszkowicz, Connie Gipple Steven          December 09, 2014
Miszkowicz and Connie Gipple
RE: Steven Miszkowicz and Connie Gripple Assets - Chapter 7                 Invoice Number: 2008148
Bankruptcy Estate
Q & B Matter Number: 146392.00005                                          Page 10

| Date | Description | Professional | Hours |
|------|-------------|--------------|-------|
| 05/20/14 | Draft outline regarding alleged disputed facts and cite to record to show contradictions to Defendant's assertions of disputed facts. | SBAKER | 2.50 |
| 05/21/14 | Research regarding: (i) whether defendants can create a fact question for summary judgment purposes by denying facts they admitted in the answer (2.9); (ii) whether defendants are allowed to create a fact question for summary judgment purposes by affidavit that contradicts clear and unambiguous documents (2.9); (iii) in a preference case, whether intent of the parties matters, or just the legal consequence of transaction (2.9). | LNACHINS | 8.70 |
| 05/22/14 | Review research regarding motion to strike affidavit. | SBAKER | 0.50 |
| 05/22/14 | Continue research regarding (i) whether defendants can create a fact question for summary judgment purposes by denying facts they admitted in the answer (1.3); (ii) whether defendants are allowed to create a fact question for summary judgment purposes by affidavit that contradicts clear and unambiguous documents (1.3); (iii) in a preference case, whether intent of the parties matters, or just the legal consequence of transaction (1.4); analyze future action with S. Baker (.4). | LNACHINS | 4.40 |
| 05/23/14 | Review research regarding effect of transfer versus intent for performance purposes. | SBAKER | 1.20 |
| 05/23/14 | Review research regarding sham affidavits. | SBAKER | 2.30 |
| 05/23/14 | Begin draft of reply brief to Summary Judgment Motion. | SBAKER | 2.70 |
| 05/24/14 | Continue draft of reply brief to Motion for Summary Judgment. | SBAKER | 6.00 |
| 05/25/14 | Revise joint list of stipulated facts. | SBAKER | 2.00 |
| 05/25/14 | Draft proposed findings of fact and conclusions of law. | SBAKER | 1.50 |
| 05/25/14 | Revise Trial brief. | SBAKER | 1.00 |
| 05/26/14 | Draft motion to strike portions of response to uncontested facts and accompanying affidavit (2.1). | LNACHINS | 2.10 |
| 05/27/14 | Continue drafting motion to strike (3.4) and chart specifying all paragraphs to be stricken and source of contradiction (4.2). | LNACHINS | 7.60 |
| 05/27/14 | Telephone call with P. Martino regarding trial and Summary Judgment filings. | SBAKER | 0.30 |
| 05/27/14 | Revise trial brief. | SBAKER | 1.60 |
| 05/27/14 | Revise proposed findings of fact and conclusions of law. | SBAKER | 2.50 |

Philip V. Martino, Trustee Steven Miszkowicz, Connie Gipple Steven       December 09, 2014
Miszkowicz and Connie Gipple
RE: Steven Miszkowicz and Connie Gripple Assets - Chapter 7              Invoice Number: 2008148
Bankruptcy Estate
Q & B Matter Number: 146392.00005                                        Page 11

| Date | Description | Professional | Hours |
|------|-------------|--------------|-------|
| 05/27/14 | Revise joint list of stipulated facts and e-mail J. Greene regarding same. | SBAKER | 0.50 |
| 05/27/14 | Review draft Motion to Strike. | SBAKER | 0.50 |
| 05/28/14 | Revise joint list of stipulated facts based on Defendants' comments. | SBAKER | 1.50 |
| 05/28/14 | Revise trial brief based on Defendants' comments to statement of facts. | SBAKER | 0.70 |
| 05/28/14 | Revise proposed findings of fact and conclusions of law based on Defendants' comments to stipulated facts. | SBAKER | 1.50 |
| 05/28/14 | Draft reply to statement of undisputed facts. | SBAKER | 1.70 |
| 05/29/14 | Revise exhibits to Motion to Strike. | SBAKER | 1.00 |
| 05/30/14 | Review and file reply to Summary Judgment Motion. | SBAKER | 0.50 |
| 05/30/14 | Review and file Motion to Strike. | SBAKER | 0.50 |
| 05/30/14 | Review and file Reply to Statement of Facts in Support of Summary Judgment. | SBAKER | 0.50 |
| 06/03/14 | Prepare for Summary Judgment hearing. | SBAKER | 5.00 |
| 06/04/14 | Attend hearing on Motion for Summary Judgment. | SBAKER | 1.50 |
| 06/12/14 | Review trial brief and other materials in preparation of trial. | SBAKER | 1.00 |
| 06/16/14 | Review order on Summary Judgment Motion. | SBAKER | 0.20 |
| 06/16/14 | Review research regarding insider/Family transactions. | SBAKER | 1.50 |
| 06/16/14 | Begin draft of opening statement for trial. | SBAKER | 3.50 |
| 06/17/14 | Draft opening statement. | SBAKER | 2.00 |
| 06/17/14 | Draft closing argument. | SBAKER | 3.70 |
| 06/17/14 | Draft questions for cross-examination of Mark Miszkowicz. | SBAKER | 1.50 |
| 06/17/14 | Draft questions for cross-examination of Eugenia Miszkowicz. | SBAKER | 1.50 |
| 06/18/14 | Trial preparation. | SBAKER | 12.00 |
| 06/19/14 | Trial preparation. | SBAKER | 4.00 |
| 06/19/14 | Trial on adversary complaint. | SBAKER | 2.50 |
| 07/23/14 | Review opinion and order regarding adversary proceeding. | SBAKER | 0.40 |
| 07/25/14 | Review amended memorandum of opinions and judgment. | SBAKER | 0.30 |
| 07/31/14 | Telephone call with J. Fricke regarding status of case. | SBAKER | 0.20 |

Philip V. Martino, Trustee Steven Miszkowicz, Connie Gipple Steven     December 09, 2014
Miszkowicz and Connie Gipple
RE: Steven Miszkowicz and Connie Gripple Assets - Chapter 7          Invoice Number: 2008148
Bankruptcy Estate
Q & B Matter Number: 146392.00005                                    Page 12

| Date | Description | Professional | Hours |
|------|-------------|--------------|-------|
| 08/11/14 | Draft e-mail to J. Green regarding collection of judgment. | SBAKER | 0.20 |
| 08/15/14 | Draft Citation to Discover Assets (.5); verify cost of recording Judgment in Maricopa County, Florida (.1); communication with Maricopa county Recorder of Deeds regarding same (.1); docket request to obtain certified copy of judgment (.1). | PAF | 0.80 |
| 08/18/14 | Advice regarding enforcement of judgment in Arizona. | SKLUNDT | 0.20 |
| 08/19/14 | Address procedures for domestication of judgment etc. with attorney (.2); research to obtain bankruptcy form for Clerk Certification of Judgment (.3). | PAF | 0.50 |
| 08/19/14 | Advice regarding judgment enforcement strategy in Arizona. | SKLUNDT | 0.10 |
| 08/22/14 | Finalize Certification of Judgment for Registration in Another District (.2); coordinate issuance of same by Clerk of Court (.1); revise Citation to Discover Assets (.1); address scheduling of Citations and domestication issues with attorney (.1). | PAF | 0.50 |
| 08/22/14 | Review Certification of Judgment and draft e-mails to S. Klundt regarding same. | SBAKER | 0.40 |
| 08/22/14 | Work on strategy for registering judgment in Arizona. | SKLUNDT | 0.30 |
| 08/25/14 | Draft document riders regarding same; draft Income and Asset forms; draft Citation Notices. | PAF | 0.40 |
| 08/25/14 | Correspondence regarding registration of judgment. | SKLUNDT | 0.10 |
| 08/25/14 | Telephone call with P. Martino regarding collection of judgment. | SBAKER | 0.20 |
| 08/25/14 | Review draft citations for discovery of assets. | SBAKER | 0.70 |
| 08/25/14 | Draft e-mail to J. Greene regarding defendants' contact information. | SBAKER | 0.10 |
| 08/25/14 | Draft e-mail to M. Miszkowicz regarding collection of judgment. | SBAKER | 0.30 |
| 08/25/14 | Telephone call with P. Fedor regarding citations to discover assets. | SBAKER | 0.10 |
| 08/29/14 | Finalize citation for discovery of assets. | SBAKER | 0.20 |
| 08/29/14 | Correspondence regarding registering judgment. | SKLUNDT | 0.10 |
| 09/02/14 | Coordinate issuance of Citation to Discover Assets to Eugenia Miszkowicz. | PAF | 0.10 |
| 09/03/14 | Draft notice of partial satisfaction of judgment. | SBAKER | 0.30 |

Philip V. Martino, Trustee Steven Miszkowicz, Connie Gipple Steven          December 09, 2014
Miszkowicz and Connie Gipple
RE: Steven Miszkowicz and Connie Gripple Assets - Chapter 7               Invoice Number: 2008148
Bankruptcy Estate
Q & B Matter Number: 146392.00005                                          Page 13

| Date | Description | Professional | Hours |
|------|-------------|--------------|-------|
| 09/03/14 | Review and respond to e-mail from M. Miszkowicz regarding payment of judgment. | SBAKER | 0.20 |
| 09/05/14 | Work on registration of judgment. | SKLUNDT | 0.30 |
| 09/08/14 | Work on registration issues. | SKLUNDT | 0.20 |
| 09/09/14 | Communication with process server regarding status of service of Citation to Discover Assets to Eugenia Miszkowicz. | PAF | 0.10 |
| 09/15/14 | File Notice of Partial Satisfaction of Judgment. | SBAKER | 0.30 |
| 09/15/14 | Draft e-mails to S. Klundt and P. Fedor regarding citation to discover assets. | SBAKER | 0.30 |
| 09/16/14 | Communications with process server regarding status of service of Citation to Discover Assets; address same with attorney. | PAF | 0.20 |
| 09/16/14 | Prepare notice of partial satisfaction of judgment. | EAH | 0.40 |
| 09/16/14 | Telephone calls with P. Fedor regarding status of service of citation to discover assets. | SBAKER | 0.20 |
| 09/16/14 | Draft e-mail to P. Martino regarding status of service of citation to discover assets. | SBAKER | 0.10 |
| 09/18/14 | Analysis of enforcement strategy in Arizona. | SKLUNDT | 0.80 |
| 09/18/14 | Work on enforcement strategy with respect to fraudulent transfer issues. | AREYES | 0.30 |
| 09/19/14 | Address case status and issuance of additional citations with attorney. | PAF | 0.20 |
| 09/23/14 | Address issuance of revised Citation to Discover Assets to Mark Miszkowicz with attorney. | PAF | 0.10 |
| 09/24/14 | Review and respond to e-mails from S. Klundt regarding recording judgment lien. | SBAKER | 0.20 |
| 09/24/14 | Revise Judgment Information Sheet. | SKLUNDT | 0.20 |
| 09/24/14 | Prepare judgment information statement. | EAH | 0.30 |
| 10/02/14 | Draft Citation to Discover Assets to Wells Fargo Bank; draft document rider regarding same; draft Citation Notice regarding same; draft Third Party Citation to Discover Assets to Mark Miszkowicz; revise Citation Notice regarding same. | PAF | 1.30 |
| 10/21/14 | Review citations for discovery of assets. | SBAKER | 0.50 |

Philip V. Martino, Trustee Steven Miszkowicz, Connie Gipple Steven          December 09, 2014
Miszkowicz and Connie Gipple
RE: Steven Miszkowicz and Connie Gripple Assets - Chapter 7               Invoice Number: 2008148
Bankruptcy Estate
Q & B Matter Number: 146392.00005                                          Page 14

| Date | Description | Professional | Hours |
|------|-------------|--------------|-------|
| 10/21/14 | Research cases regarding service of citations to discover assets. | SBAKER | 0.50 |
| 10/22/14 | Telephone call with S. Klundt regarding collection of judgment. | SBAKER | 0.10 |
| 10/22/14 | Advice regarding enforcement strategy and bank account search. | SKLUNDT | 0.10 |
| 10/27/14 | Telephone call with P. Martino regarding collection of judgment. | SBAKER | 0.20 |
| 10/28/14 | Revise rider to Citation to Discover Assets to Mark Miszkowicz; coordinate issuance of Citations to Discover Assets to Wells Fargo and Mark Miszkowicz; address Illinois rules for service of process with attorney. | PAF | 0.40 |
| 10/28/14 | Research regarding service of citations for discovery of assets. | SBAKER | 3.50 |
| 10/28/14 | Telephone call with P. Fedor regarding service of citations to discover assets. | SBAKER | 0.20 |
| 10/29/14 | Draft e-mail memo to P. Martino regarding service of citation. | SBAKER | 1.30 |
| 10/29/14 | Review citations for discovery assets. | SBAKER | 0.20 |
| 10/31/14 | Prepare Alias Citation to Discover Assets to Eugenia Miszkowicz; prepare revised document rider regarding same and Citation Notice; coordinate issuance of same. | PAF | 0.40 |
| 11/04/14 | Communication with Illinois process server regarding service of Citation to Discover Assets to Wells Fargo Bank; assemble Alias Citation to Eugenia Miszkowicz and Third Party Citation to Mark Miszkowicz and e-mail to Arizona process server regarding same; coordinate service of copy of Alias Citation to Eugenia Miszkowicz by certified mail; telephone calls with Arizona process server regarding same. | PAF | 0.90 |
| 11/06/14 | Communication with process server regarding status of service of Citation to Discover Assets to Wells Fargo Bank. | PAF | 0.10 |
| 11/19/14 | Review and respond to e-mail from M. Miszkowicz regarding garnishment. | SBAKER | 0.10 |
| 11/20/14 | Confer with attorney regarding procedure to dismiss Citation to Discover Assets to Wells Fargo; attention to file. | PAF | 0.20 |
| 11/21/14 | Draft Motion to Dismiss Citations. | SBAKER | 1.00 |
| 11/24/14 | Prepare Notice of Partial Satisfaction of Judgment. | SKLUNDT | 0.30 |
| 11/25/14 | Finalize and coordinate filing of partial satisfaction. | SKLUNDT | 0.10 |

Philip V. Martino, Trustee Steven Miszkowicz, Connie Gipple Steven      December 09, 2014
Miszkowicz and Connie Gipple
RE: Steven Miszkowicz and Connie Gripple Assets - Chapter 7      Invoice Number: 2008148
Bankruptcy Estate
Q & B Matter Number: 146392.00005      Page 15

**FEE SUMMARY:**

| ID | Name | Hours | Rate | Amount |
|---|---|---|---|---|
| LWINKELM | Lori L. Winkelman | 1.20 | 435.00 | 522.00 |
| PMARTINO | Philip V. Martino | 2.60 | 630.00 | 1,638.00 |
| SKLUNDT | Scott A. Klundt | 2.80 | 491.43 | 1,376.00 |
| LNACHINS | Lauren N. Beslow | 22.80 | 365.00 | 8,322.00 |
| AREYES | Amy D. Sells | 0.30 | 280.00 | 84.00 |
| SBAKER | Sarah K. Baker | 267.20 | 359.70 | 96,112.00 |
| EAH | Elizabeth A Hibbs | 0.70 | 195.00 | 136.50 |
| PAF | Paula A. Fedor | 10.60 | 219.06 | 2,322.00 |
| SAYTCH | Sybil Taylor Aytch | 0.30 | 215.00 | 64.50 |
| Total | | 308.50 | | 110,577.00 |

Total Fees:      $      110,577.00

# Quarles & Brady LLP

One East Kennedy Blvd.
Suite 3400
Tampa, FL 33602-5195
Tel. 414.277.5000
Fax 414.271.3552
www.quarles.com

Attorneys at Law in:
Chicago, Illinois
Indianapolis, Indiana
Madison and Milwaukee, Wisconsin
Naples and Tampa, Florida
Phoenix and Tucson, Arizona
Washington, DC

## INVOICE SUMMARY

**Tax ID No. 39-0432630**

| | |
|---|---|
| Invoice Number: | 2017502 |
| Invoice Date: | January 13, 2015 |

Privileged & Confidential

Philip V. Martino, Trustee Steven Miszkowicz, Connie Gipple
Quarles & Brady LLP
Suite 4000
300 North LaSalle Street
Chicago, IL 60654

For Professional Services Rendered Through January 08, 2015
Re: Steven Miszkowicz and Connie Gripple General and
costs - Chapter 7 Bankruptcy Estate
Q & B Matter Number: 146392.00006

| | | |
|---|---|---|
| Current Disbursements: | $ | 1,823.91 |
| Current Total Due: | $ | 1,823.91 |
| **TOTAL AMOUNT DUE:** | **$** | **1,823.91** |

**INVOICE IS PAYABLE UPON RECEIPT**

Philip V. Martino, Trustee Steven Miszkowicz, Connie Gipple Steven            January 13, 2015
Miszkowicz and Connie Gipple
RE: Steven Miszkowicz and Connie Gripple General and costs -         Invoice Number: 2017502
Chapter 7 Bankruptcy Estate
Q & B Matter Number: 146392.00006                  Page 2

**DISBURSEMENTS:**

| | | | |
|---|---|---|---:|
| 04/10/12 | Arizona Quick-Serve Process Service Fee for rush service of subpoena to Miszkowicz Investments LP | $ | 85.00 |
| 04/13/12 | Arizona Secretary of State Fee for service of subpoena to Miszkowicz Investments LP | | 25.00 |
| 05/04/12 | United Parcel Service of America Inc Delivery to Arizona Secretary of State 4/13/12 | | 11.73 |
| 05/04/12 | United Parcel Service of America Inc Delivery to Paula Fedor 4/13/12 | | 6.62 |
| 05/04/12 | United Parcel Service of America Inc Delivery to Paula Fedor 4/13/12 | | 2.86 |
| 09/25/12 | Clerk, U.S Bankruptcy Court Filing Fee - Motion to Compel | | 46.00 |
| 10/19/12 | IntelliQuick Delivery US Bankruptcy Court - 9/25/12 | | 84.38 |
| 06/17/13 | Valley-Wide Process Service Service of process of Subpoena, Order, etc. to Mark Miszkowicxz | | 70.00 |
| 02/03/14 | Gipple, Connie Witness fee and mileage. | | 40.56 |
| 02/03/14 | Miszkowicz, Steven Witness fee and mileage. | | 40.56 |
| 03/17/14 | Veritext Chicago Reporting Co Court reporting and transcript for 2/20/14 hearing | | 523.80 |
| 08/22/14 | Clerk of Court Miszkowicz Certification of Judgment for Registration in Another District | | 11.00 |
| 08/29/14 | Cash Miszkowicz - Certified Copies | | 11.30 |
| 08/29/14 | Cash Copy Fee -Certified Judgment | | 0.30 |
| 09/04/14 | Clerk, U.S. Bankruptcy Court, District of Arizona filing fee for registering Judgment in Arizona | | 46.00 |
| 09/25/14 | Maricopa County Recorder record Amended Judgment Order | | 10.00 |

Philip V. Martino, Trustee Steven Miszkowicz, Connie Gipple Steven          January 13, 2015
Miszkowicz and Connie Gipple
RE: Steven Miszkowicz and Connie Gripple General and costs -          Invoice Number: 2017502
Chapter 7 Bankruptcy Estate
Q & B Matter Number: 146392.00006          Page 3

| Date | Description | Amount |
|---|---|---|
| 09/26/14 | First Legal Network LLC messenger service to register foreign judgment and obtain certified copy at Bankruptcy Court | 91.85 |
| 10/23/14 | First Legal Network LLC messenger service to record Amended Judgment Order | 28.25 |
| 11/12/14 | Valley-Wide Process Service Fee for attempted service of process of Citation to Discover Assets on Eugenia Miszkowicz | 75.00 |
| 12/03/14 | It's Your Serve, Inc. Service of process of Citation to Discover Assets to Wellos Fargo Bank N.A. | 95.00 |
| 01/08/15 | Clerk of the Bankruptcy Court Filing fee for Adversary 13-00927 | 250.00 |
| | Copy charges | 262.70 |
| | Pacer research charges | 6.00 |
| | Total Disbursements: | $      1,823.91 |
| | Total Fees and Disbursements: | $      1,823.91 |

## BIOGRAPHICAL INFORMATION

**Philip V. Martino** is a partner at Quarles & Brady.  He graduated from the American University, Washington, D.C. (B.S.B.A. 1979), and the Syracuse College of Law (J.D., *magna cum laude*, 1982).  Mr. Martino's hourly billing rate for fiscal year 2013 was $565.00; his fiscal year 2014 billing rate was $630.00.

**Scott A. Klundt** is a partner in the Commercial Bankruptcy & Creditors' Rights Group in the Q&B Phoenix Office.  He received his B.A. (*magna cum laude*) in 1985 from Brigham Young University and his J.D. (*magna cum laude*) in 1988 from Brigham Young University.  Mr. Klundt is a member of the Arizona bar.  His hourly billing rate for 2013 was $495.00 and $475.00 for 2014.

**Lori L. Winkelman** is a partner in the Bankruptcy/Creditors' Rights Group in the Phoenix office.  She received her B.A. from South Dakota State University in 1990, attended Denver Paralegal Institute in 1992, and received her J.D. from Arizona University College of Law in 2001.  Ms. Winkelman is a member of the Arizona bar.  Her hourly billing rate is $435.00.

**Lauren N. Beslow** is a partner in the Q&B Chicago office and practices in the Firm's commercial bankruptcy, restructuring and creditors' rights group.  She received her B.A. from Emory University in 2003 and her J.D. (*cum laude*) from the University of Illinois College of Law in 2006.  She is a member of the Illinois Bar.  Ms. Beslow's hourly billing rate for 2014 is $365.00.

**Sarah K. Baker** is an associate in the Q&B bankruptcy group in Chicago.  She received her B.A. from the University of Illinois in 2002, and her J.D. from William and Mary School of Law in 2006.  Ms. Baker is a member of the Pennsylvania and Illinois bars.  Her hourly billing rate for fiscal year 2013 was 345.00; her 2014 billing rate was $365.00; her current billing rate is $

**Amy Reyes Sells** is an associate in the Q&B bankruptcy group in Phoenix.  She received her B.A. from Marymount Manhattan College in 2000 and her JD from Hofstra University School of Law in 2004.  Ms. Sells is a member of the Arizona bar.  Her hourly billing rate for fiscal year 2013 was $280.00.

**Paula A. Fedor** is a paralegal in the Q&B Chicago office.  She has been a paralegal with the Q&B Chicago office for more than 13 years.  Ms. Fedor's hourly billing rate for 2011 was $205.00; for 2012 $210.00; for 2013 $220.00 and for 2014 is $235.00.

**Sybil Taylor Aytch** has been a paralegal in the Q&B Phoenix office for 14 years.  She received her B. A. from Smith College in 1980 and her M.Ed. from Northern Arizona University in 2002.  Ms. Aytch's 2012 hourly billing rate was $215.00.

**Elizabeth A. Hibbs** is a paralegal in the Q&B Phoenix office.  She has been a paralegal with the Q&B Phoenix office for over 21 years.  Ms. Hibbs graduated from the University of Arizona (B.S., 1982) and received an Associates Degree in Paralegal Studies from Phoenix College in 1984.  Her billing rate for 2013 was $280.00.

**Colleen A. Greer** is a legal project assistant.  Ms. Greer graduated from Northern Michigan University (B.S., *magna cum laude*, 1981), and has worked with Mr. Martino on trustee matters for about 24 years.  Her hourly billing rate is $175.00.

2

**STATE OF ILLINOIS**              )
                                   ) SS
**COUNTY OF COOK**                 )

I, Philip V. Martino, on oath, state as follows:

1.     I am partner with the law firm of Quarles & Brady LLP ("**Q&B**") and I am the trustee for Debtors.

2.     This affidavit is submitted in support of the First and Final Application for Allowance of Compensation for Q&B (the "**Application**").

3.     In the ordinary course of Q&B's business, the attorneys and paralegals rendering services for a client prepare timesheets at or about the time the services are rendered, which timesheets list the client, matter number, a description of the services rendered and the time spent on such services.

4.     In the ordinary course of Q&B's business, the information on the timesheets is optically scanned and entered into Q&B's computer system.

5.     In the ordinary course of Q&B's business, a pro forma is generated at the end of each month for each client, which is forwarded to the billing partner for his or her review.

6.     In the ordinary course of Q&B's business, the billing partner reviews the pro forma.

7.     In the ordinary course of Q&B's business, a bill is prepared by computer and sent to the client.

8.     I have segregated the amount of time expended as Trustee from the amount of time I have expended acting as an attorney in this case.

9.     I personally reviewed the pro formas for this estate and am familiar with Q&B's efforts in connection with the instant bankruptcy proceeding.

10.    I have reviewed Exhibit A to the Application, and it is based upon documents as aforesaid, which are made in the ordinary course of Q&B's business and it is part of the ordinary course of Q&B's business to prepare such documents.

11.    To the best of my knowledge, the information set forth on Exhibits A and B and their subparts is true and correct.

/s/ Philip V. Martino
Philip V. Martino

I DECLARE UNDER PENALTY OF PERJURY
THAT THE FOREGOING IS TRUE AND CORRECT.

2