JACQUELINE P. COX

**UNITED STATES BANKRUPTCY COURT**

NORTHERN **DISTRICT OF** ILLINOIS

CHICAGO **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| MISZKOWICZ, STEVEN | § | Case No. 11-40844 |
| GIPPLE, CONNIE | § | |
| | § | |
| Debtor(s) | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that PHILIP V. MARTINO, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

    CLERK OF THE BANKRUPTCY COURT
    219 SOUTH DEARBORN STREET, ROOM 713
    CHICAGO, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 02/26/2015 in Courtroom 680,

    United States Courthouse
    219 South Dearborn Street
    Chicago, IL 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 01/13/2015            By: Clerk of the Bankruptcy Court
                                        Clerk of the Bankruptcy Court


*PHILIP V. MARTINO*
*300 NORTH LASALLE STREET*
*SUITE 4000*

*CHICAGO, IL 60654*

Case 11-40844    Doc 61    Filed 01/14/15    Entered 01/16/15 23:39:45    Desc Imaged
Certificate of Notice    Page 2 of 8

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION

In re: §
§
MISZKOWICZ, STEVEN § Case No. 11-40844
GIPPLE, CONNIE §
§
Debtor(s) §

### SUMMARY OF TRUSTEE'S FINAL REPORT
### AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 101,787.00 |
| and approved disbursements of | $ | 71.94 |
| leaving a balance on hand of[1] | $ | 101,715.06 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: PHILIP V. MARTINO | $ 8,339.35 | $ 0.00 | $ 8,339.35 |
| Attorney for Trustee Fees: Quarles & Brady LLP | $ 60,000.00 | $ 0.00 | $ 60,000.00 |
| Attorney for Trustee Expenses: Quarles & Brady LLP | $ 1,823.91 | $ 0.00 | $ 1,823.91 |
| Total to be paid for chapter 7 administrative expenses | | $ | 70,163.26 |
| Remaining Balance | | $ | 31,551.80 |

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 3)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 5,490.30 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000003 | Department of the Treasury - | $ 5,490.30 | $ 0.00 | $ 5,490.30 |

|  |  |
|---|---|
| Total to be paid to priority creditors | $ 5,490.30 |
| Remaining Balance | $ 26,061.50 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 502,761.15 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 5.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank | $ 13,263.87 | $ 0.00 | $ 687.56 |
| 000002 | Discover Bank | $ 9,305.85 | $ 0.00 | $ 482.38 |
| 000004 | Capital One Bank (USA), N.A. by American InfoSourc | $ 973.46 | $ 0.00 | $ 50.46 |
| 000005 | Midland Credit Management, Inc. | $ 10,400.69 | $ 0.00 | $ 539.14 |
| 000006 | Michael LaPorta | $ 52,875.00 | $ 0.00 | $ 2,740.87 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000007 | Linda Froschauer | $ 38,361.77 | $ 0.00 | $ 1,988.55 |
| 000008 | Illinois State Bank/North Shore Ban | $ 315,629.21 | $ 0.00 | $ 16,361.19 |
| 000009 | Illinois State Bank/North Shore Ban | $ 59,400.00 | $ 0.00 | $ 3,079.10 |
| 000003B | Internal Revenue Service | $ 2,551.30 | $ 0.00 | $ 132.25 |

Total to be paid to timely general unsecured creditors      $      26,061.50

Remaining Balance      $      0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Philip V. Martino
Trustee

*PHILIP V. MARTINO*
*300 NORTH LASALLE STREET*
*SUITE 4000*
*CHICAGO, IL 60654*

UST Form 101-7-NFR (10/1/2010) *(Page: 5)*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                     Case No. 11-40844-JPC
Steven Miszkowicz                                          Chapter 7
Connie Gipple
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: dross              Page 1 of 2           Date Rcvd: Jan 14, 2015
                              Form ID: pdf006          Total Noticed: 39

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 16, 2015.
db/jdb         +Steven Miszkowicz,    Connie Gipple,    100 W. Chestnut,    # 2804,    Chicago, IL 60610-3275
aty            +Quarles & Brady LLP,    300 North LaSalle Street,    Suite 4000,    Chicago, IL 60654-5427
17895795        AT&T Cellular,    P.O. Box 1022,    Wixom, MI 48393-1022
18314093       +AT&T Cellular,    5020 Assh Grove Rd.,    Springfield, IL 62711-6329
17895793       +Accurate Document Destruction,    2500 Landmeier Rd.,    Elk Grove Village, IL 60007-2627
18314092       +Amanda Braun,    5218 Cobb Place,    San Diego, CA 92117-1228
17895794       +Amanda Braun,    c/o G. Grant Dixon III,    1415 W. 55th Street, Ste. 104,
                 La Grange, IL 60525-6543
17895796       +Capital One,   PO Box 26074,    Richmond, VA 23260-6074
18311147        Capital One Bank (USA), N.A. by American InfoSourc,    PO Box 71083,    Charlotte, NC  28272-1083
17895797       +Chase,   205 Bryant Woods South,    Amherst, NY 14228-3609
17895798       +Chicago Association of Realtors,    200 S. Michigan Ave.,    Suite 400,    Chicago, IL 60604-2411
17895800       +Citibank (South Dakota), N.A.,    1807 W. Diehl Road,    Ste. 333,    Naperville, IL 60563-1890
17895801       +Citibank, N.A.,    P.O. Box 87126,    Chicago, IL 60680-0126
18314094        Citlbank, N.A.,    701 E. 6th st. North,    Sioux Falls, SD 57117
18314095       +Damon LaPorte,    The Law Office of Damon J. LaPorte,    1010 Lake St., Suite 605,
                 Oak Park, IL 60301-1136
17895804       +Household Finance,    PO Box 2036,    Warren, MI 48090-2036
18370352       +Ill. Dep't of Fin. and Prof'l Reg,    Attn. Matt Stonecipher,    100 W. Randolph, 9th Floor,
                 Chicago, IL 60601-3218
18607364       +Illinois State Bank,    NORTH SHORE BANK,    15700 W Bluemound Rd., 5th Floor,
                 Brookfield, WI 53005-6024
18607316       +Illinois State Bank, a division of North Shore Ban,    15700 W Bluemound Rd., 5th Floor,
                 Brookfield, WI 53005-6024
17895805       +Illinois State Bank/North Shore Ban,    c/o Neal, Gerber & Eisenberg LLP,
                 Two N. LaSalle, Suite 1700,    Chicago, IL 60602-4000
17895808       +Kessler Orlean Silver & Co.,    c/o Mages & Price,    707 Lake Cook Rd., Suite 314,
                 Deerfield, IL 60015-4933
17895809       +Linda Froschauer,    c/o Kozacky & Weitzel PC,    55 W. Monroe, Suite 2450,
                 Chicago, IL 60603-5111
17895810        Marquette Management,    110 W. Chestnut,    Chicago, IL 60610
17895811       +Michael LaPorta,    c/o Lynch & Stern LLP,    Attn: Justin Kaplan,
                 150 S. Wacker Dr., Ste. 2600,    Chicago, IL 60606-4202
18314096       +Michael Laporta,    1630 N. Orchard St.,    Chicago, IL 60614-5114
17895812       +Murphy & Miller, Inc.,    c/o Teller, Levit & Silvertrust, PC,    11 E. Adams, 8th Floor,
                 Chicago, IL 60603-6301
17895813       +Nordstrom FSB,    8014 Bayberry Road,    Jacksonville, FL 32256-7412
17895814       +Public Storage (Carpentersville),    No. HO-63,    243 N. Western Ave.,
                 Carpentersville, IL 60110-1764
17895815       +Public Storage (Chicago),    No. 4018,    362 W. Chicago Ave.,    Chicago, IL 60654-3524
17895816       +Public Storage (Elgin) No. 0514,    665 Big Timber Rd.,    Elgin, IL 60123-1487
17895818       +VR & Samrajya Kuchipudi,    18 Hamilton Lane,    Oakbrook, IL 60523-1753
17895819       +Wells Fargo Financial, Inc.,    PO Box 707600,    Tulsa, OK 74170-7600

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
17895803        E-mail/PDF: mrdiscen@discoverfinancial.com Jan 15 2015 01:26:17      Discover,    PO Box 15156,
                 Wilmington, DE 19850
17895806        E-mail/Text: cio.bncmail@irs.gov Jan 15 2015 01:06:18       Department of the Treasury -,
                 Internal Revenue Service,    P.O. Box 7346,    Philadelphia, PA 19101-7346
17895802       +E-mail/PDF: mrdiscen@discoverfinancial.com Jan 15 2015 01:26:17      Discover,    PO Box 6103,
                 Carol Stream, IL 60197-6103
18257970        E-mail/PDF: mrdiscen@discoverfinancial.com Jan 15 2015 01:26:17      Discover Bank,
                 DB Servicing Corporation,    PO Box 3025,    New Albany, OH 43054-3025
17895807       +E-mail/Text: bankruptcydepartment@ncogroup.com Jan 15 2015 01:07:11       Jarvis & Associates,
                 c/o NCO Credit,    507 Prudential Rd.,    Horsham, PA 19044-2308
18410544       +E-mail/Text: bankruptcydpt@mcmcg.com Jan 15 2015 01:06:52       Midland Credit Management, Inc.,
                 8875 Aero Drive, Suite 200,    San Diego, CA 92123-2255
17895817       +E-mail/Text: ulinecollections@uline.com Jan 15 2015 01:07:34       U-Line,    2200 S. Lakeside Dr.,
                 Waukegan, IL 60085-8311
                                                                                              TOTAL: 7

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
17895799      ##+Cimco,   1901 S. Meyers Rd.,    Suite 700,    Oakbrook Terrace, IL 60181-5211
18314097      ##+Michael Laporta,    4194 N. Clarendon, #1,    Chicago, IL 60613-2227
                                                                                            TOTALS: 0, * 0, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1          User: dross              Page 2 of 2              Date Rcvd: Jan 14, 2015
                              Form ID: pdf006          Total Noticed: 39
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 16, 2015                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 13, 2015 at the address(es) listed below:
              Daniel F Lynch    on behalf of Creditor Michael A LaPorta dan@lynchandstern.com,
               lynchandsterndocketing@gmail.com
              Jeffrey K. Paulsen    on behalf of Debtor Steven   Miszkowicz jpaulsen@wfactorlaw.com,
               gsullivan@wfactorlaw.com;gsullivan@ecf.inforuptcy.com;jpaulsen@ecf.inforuptcy.com;nbouchard@wfact
               orlaw.com
              Jeffrey K. Paulsen    on behalf of Joint Debtor Connie   Gipple jpaulsen@wfactorlaw.com,
               gsullivan@wfactorlaw.com;gsullivan@ecf.inforuptcy.com;jpaulsen@ecf.inforuptcy.com;nbouchard@wfact
               orlaw.com
              Jessica M Fricke    on behalf of Plaintiff Linda   Froschauer jfricke@kozacky.com,
               kmcguire@kozacky.com
              John   Rapp    on behalf of Creditor Linda   Froschauer jrapp@kozacky.com,  kmcguire@kozacky.com
              Joshua D. Greene    on behalf of Defendant Eugenia Marie Miszkowicz jgreene@davisgreenelaw.com
              Joshua D. Greene    on behalf of Defendant   Miszkowicz Investment Limited Partnership
               jgreene@davisgreenelaw.com
              Joshua D. Greene    on behalf of Defendant Mark   Miszkowicz jgreene@davisgreenelaw.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Philip V Martino, ESQ    philip.martino@quarles.com,
               pmartino@ecf.epiqsystems.com;jim.irving@DLApiper.com;colleen.greer@quarles.com;wemet@quarles.com
              Philip V Martino, ESQ    on behalf of Trustee Philip V Martino, ESQ philip.martino@quarles.com,
               pmartino@ecf.epiqsystems.com;jim.irving@DLApiper.com;colleen.greer@quarles.com;wemet@quarles.com
              Robert A. Kahn    on behalf of Creditor    100 West Chestnut Apartments kahnsell@aol.com
              Sarah   Baker    on behalf of Plaintiff Philip V. Martino sarah.baker@quarles.com,
               stella.love@quarles.com
              Sarah   Baker    on behalf of Trustee Philip V Martino, ESQ sarah.baker@quarles.com,
               stella.love@quarles.com
                                                                                             TOTAL: 14
```