JACQUELINE P. COX
UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
§
MISZKOWICZ, STEVEN § Case No. 11-40844
GIPPLE, CONNIE §
§
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

PHILIP V. MARTINO, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: *(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

    4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

    Dated: _____ By:/s/PHILIP V. MARTINO_____
                                                                                           Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| PHILIP V. MARTINO, TRUSTEE | | | | | |
| Associated Bank | | | | | |
| QUARLES & BRADY LLP | | | | | |
| QUARLES & BRADY LLP | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Internal Revenue Service Dept of Treasury Ogden, UT 84201-0039 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Internal Revenue Service Dept of Treasury Ogden, UT 84201-0039 | | | | | |
| 000003 | DEPARTMENT OF THE TREASURY - | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | AT&T Cellular P.O. Box 1022 Wixom, MI 48393-1022 | | | | | |
| | Accurate Document Destruction 2500 Landmeier Rd. Elk Grove Village, IL 60007 | | | | | |
| | Amanda Braun c/o G. Grant Dixon III 1415 W. 55th Street, Ste. 104 La Grange, IL 60525 | | | | | |
| | Chase 205 Bryant Woods South Amherst, NY 14228 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chicago Association of Realtors 200 S. Michigan Ave. Suite 400 Chicago, IL 60604 | | | | | |
| | Cimco 1901 S. Meyers Rd. Suite 700 Oakbrook Terrace, IL 60181 | | | | | |
| | Citibank (South Dakota), N.A. 1807 W. Diehl Road Ste. 333 Naperville, IL 60566 | | | | | |
| | Citibank, N.A. P.O. Box 87126 Chicago, IL 60680-4303 | | | | | |
| | Household Finance PO Box 2036 Warren, MI 48090 | | | | | |
| | Jarvis & Associates c/o NCO Credit 507 Prudential Rd. Horsham, PA 19044 | | | | | |
| | Kessler Orlean Silver & Co. c/o Mages & Price 707 Lake Cook Rd., Suite 314 Deerfield, IL 60015 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Murphy & Miller, Inc. c/o Teller, Levit & Silvertrust, PC 11 E. Adams, 8th Floor Chicago, IL 60603 | | | | | |
| | Nordstrom FSB 8014 Bayberry Road Jacksonville, FL 32256 | | | | | |
| | Public Storage (Carpentersville) No. HO-63 243 N. Western Ave. Carpentersville, IL 60110 | | | | | |
| | Public Storage (Chicago) No. 4018 362 W. Chicago Ave. Chicago, IL 60654 | | | | | |
| | Public Storage (Elgin) No. 0514 665 Big Timber Rd. Elgin, IL 60123 | | | | | |
| | U-Line 2200 S. Lakeside Dr. Waukegan, IL 60085 | | | | | |
| | VR & Samrajya Kuchipudi 18 Hamilton Lane Oakbrook, IL 60523 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Wells Fargo Financial, Inc. PO Box 707600 Tulsa, OK 74170 | | | | | |
| 000004 | CAPITAL ONE BANK (USA), N.A. BY AME | | | | | |
| 000001 | DISCOVER BANK | | | | | |
| 000002 | DISCOVER BANK | | | | | |
| 000008 | ILLINOIS STATE BANK/NORTH SHORE BAN | | | | | |
| 000009 | ILLINOIS STATE BANK/NORTH SHORE BAN | | | | | |
| 000003B | INTERNAL REVENUE SERVICE | | | | | |
| 000007 | LINDA FROSCHAUER | | | | | |
| 000006 | MICHAEL LAPORTA | | | | | |
| 000005 | MIDLAND CREDIT MANAGEMENT, INC. | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

Form 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 11-40844 | JPC | Judge: JACQUELINE P. COX | Trustee Name: | PHILIP V. MARTINO |
|---|---|---|---|---|---|
| Case Name: | MISZKOWICZ, STEVEN | | | Date Filed (f) or Converted (c): | 10/07/11 (f) |
| | GIPPLE, CONNIE | | | 341(a) Meeting Date: | 11/09/11 |
| For Period Ending: | 05/14/15 | | | Claims Bar Date: | 03/12/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. CASH: EMERGENCY CASH ON HAND LOCATION: ON PERSON | 32.00 | 0.00 | | 0.00 | FA |
| 2. CHECKING ACCOUNT: CHASE BANK 2878 CHASE BANK 1348 | 700.31 | 0.00 | | 0.00 | FA |
| 3. CHECKING ACCOUNT: CHECKING ACCOUNT 7049 LOCATION: | 1.00 | 0.00 | | 0.00 | FA |
| 4. FURNITURE: COUCH, LOVESEAT, 3 CHAIRS, HUTCH, TABLE | 1,050.00 | 0.00 | | 0.00 | FA |
| 5. HOUSEHOLD: HOUSEHOLD GOODS, KITCHENWARE, DISHWARE, | 1,750.00 | 0.00 | | 0.00 | FA |
| 6. OFFICE: 2 DESKS AND 5 USED COMPUTERS LOCATION: 200 | 350.00 | 0.00 | | 0.00 | FA |
| 7. BOOKS-MUSIC: BOOKS LOCATION: PUBLIC STORAGE- CHICA | 200.00 | 0.00 | | 0.00 | FA |
| 8. CLOTHES: ATTIRE FOR SELF AND SPOUSE LOCATION: PUBL | 600.00 | 0.00 | | 0.00 | FA |
| 9. JEWELRY: 2 WEDDING RINGS LOCATION: ON PERSON | 750.00 | 0.00 | | 0.00 | FA |
| 10. SPORTS-HOBBY: 1 LADIES CANNONDALE BIKE LOCATION: P | 200.00 | 0.00 | | 0.00 | FA |
| 11. INTEREST IN CHICAGO ADMINISTRATION TRUST SERVICES, | 1.00 | 0.00 | | 0.00 | FA |
| 12. INTEREST IN PREMIER PROPERTIES, LLC | 1.00 | 0.00 | | 0.00 | FA |
| 13. INTEREST IN PREMIER FINANCIAL GROUP, INC. | 1.00 | 0.00 | | 0.00 | FA |
| 14. INTEREST IN SEA LIFE PRODUCTS, INC., D/B/A HELATHQ | 1.00 | 0.00 | | 0.00 | FA |
| 15. INTEREST IN GREEN RECYCLING TECHNOLOGIES, INC. | 1.00 | 0.00 | | 0.00 | FA |
| 16. INTEREST IN THE 3 TREE GROUP. NEVADA LICENSE HAS L | 1.00 | 0.00 | | 0.00 | FA |
| 17. INTEREST IN MISZKOWICZ INVESTMENTS LIMITED PARTNER Lawsuit pending.  Payment made under preference claim (asset 18) | 1.00 | 0.00 | | 0.00 | FA |
| 18. PREFERENCE FROM ASSET 17 (u) | 0.00 | 101,787.00 | | 101,787.00 | FA |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $5,640.31 | $101,787.00 | | $101,787.00 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

LFORM1

**UST Form 101-7-TDR (10/1/2010)** *(Page: 9)*

Ver: 18.04c

**Form 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit 8

| | | |
|---|---|---|
| Case No: | 11-40844   JPC   Judge: JACQUELINE P. COX | Trustee Name:   PHILIP V. MARTINO |
| Case Name: | MISZKOWICZ, STEVEN | Date Filed (f) or Converted (c):   10/07/11 (f) |
| | GIPPLE, CONNIE | 341(a) Meeting Date:   11/09/11 |
| | | Claims Bar Date:   03/12/12 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 06/30/12     Current Projected Date of Final Report (TFR): 04/15/15

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: | 11-40844 -JPC |
| Case Name: | MISZKOWICZ, STEVEN |
| | GIPPLE, CONNIE |
| Taxpayer ID No: | *******6075 |
| For Period Ending: | 05/14/15 |

| | |
|---|---|
| Trustee Name: | PHILIP V. MARTINO |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******9945 Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/03/14 | 18 | Mark L. Miszkowicz TTE | Payment on Fraudulent Conveyance | 1241-000 | 25,446.75 | | 25,446.75 |
| 10/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 34.16 | 25,412.59 |
| 11/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 37.78 | 25,374.81 |
| 11/12/14 | 18 | Mark L. Miszkowicz TTE for Miszkowicz | Payment for adversary | 1241-000 | 76,340.25 | | 101,715.06 |
| 02/27/15 | 005001 | Philip V. Martino, Trustee | Trustee Compensation | 2100-000 | | 8,339.35 | 93,375.71 |
| 02/27/15 | 005002 | Quarles & Brady LLP | Attorney for Trustee Fees (Trustee | | | 61,823.91 | 31,551.80 |
| | | | Fees            60,000.00 | 3110-000 | | | |
| | | | Expenses       1,823.91 | 3120-000 | | | |
| 02/27/15 | 005003 | Department of the Treasury - | Claim 000003, Payment 100.00000% | 5800-000 | | 5,490.30 | 26,061.50 |
| | | Internal Revenue Service | (3-1) Modified to Correct | | | | |
| | | P.O. Box 7346 | Creditor's Name & Address (12/30/2011) TRM | | | | |
| | | Philadelphia, PA 19101-7346 | | | | | |
| 02/27/15 | 005004 | Discover Bank | Claim 000001, Payment 5.18371% | 7100-000 | | 687.56 | 25,373.94 |
| | | DB Servicing Corporation | | | | | |
| | | PO Box 3025 | | | | | |
| | | New Albany, OH 43054-3025 | | | | | |
| 02/27/15 | 005005 | Discover Bank | Claim 000002, Payment 5.18362% | 7100-000 | | 482.38 | 24,891.56 |
| | | DB Servicing Corporation | | | | | |
| | | PO Box 3025 | | | | | |
| | | New Albany, OH 43054-3025 | | | | | |
| 02/27/15 | 005006 | Internal Revenue Service | Claim 000003B, Payment 5.18363% | 7100-000 | | 132.25 | 24,759.31 |
| | | P.O. Box 7317 | | | | | |
| | | Philadephia, PA 19101-7346 | | | | | |
| 02/27/15 | 005007 | Capital One Bank (USA), N.A. by American | Claim 000004, Payment 5.18357% | 7100-000 | | 50.46 | 24,708.85 |
| | | InfoSourc | (4-1) Incorrect PDF - Filer | | | | |
| | | PO Box 71083 | Notified to File Amended Claim (12/30/2011) TRM | | | | |
| | | Charlotte, NC 28272-1083 | | | | | |
| 02/27/15 | 005008 | Midland Credit Management, Inc. | Claim 000005, Payment 5.18369% | 7100-000 | | 539.14 | 24,169.71 |

Page Subtotals        101,787.00        77,617.29

Ver: 18.04c

LFORM24

UST Form 101-7-TDR (10/1/2010)  *(Page: 11)*

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 11-40844 -JPC | | Trustee Name: | PHILIP V. MARTINO |
|---|---|---|---|---|
| Case Name: | MISZKOWICZ, STEVEN | | Bank Name: | ASSOCIATED BANK |
| | GIPPLE, CONNIE | | Account Number / CD #: | *******9945 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******6075 | | | |
| For Period Ending: | 05/14/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02/27/15 | 005009 | Michael LaPorta<br>c/o Lynch & Stern LLP<br>Attn: Justin Kaplan<br>150 S. Wacker Dr., Ste. 2600<br>Chicago, IL 60606<br>8875 Aero Drive, Suite 200<br>San Diego, CA 92123 | Claim 000006, Payment 5.18368%<br>(6-1) Modified to Correct<br>Creditor's Name & Address (01/31/2012) TRM | 7100-000 | | 2,740.87 | 21,428.84 |
| 02/27/15 | 005010 | Linda Froschauer<br>c/o Kozacky & Weitzel PC<br>55 W. Monroe, Suite 2450<br>Chicago, IL 60603 | Claim 000007, Payment 5.18368%<br>(7-1) Judgment for attorneys' fees<br>based on contempt finding. | 7100-000 | | 1,988.55 | 19,440.29 |
| 02/27/15 | 005011 | Illinois State Bank/North Shore Ban<br>c/o Neal, Gerber & Eisenberg LLP<br>Two N. LaSalle, Suite 1700<br>Chicago, IL 60602 | Claim 000008, Payment 5.18367%<br>(8-1) Money Loaned | 7100-000 | | 16,361.19 | 3,079.10 |
| 02/27/15 | 005012 | Illinois State Bank/North Shore Ban<br>c/o Neal, Gerber & Eisenberg LLP<br>Two N. LaSalle, Suite 1700<br>Chicago, IL 60602 | Claim 000009, Payment 5.18367%<br>(9-1) Rental Obligations | 7100-000 | | 3,079.10 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 101,787.00 | 101,787.00 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 101,787.00 | 101,787.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 101,787.00 | 101,787.00 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account (Non-Interest Earn - ********9945 | 101,787.00 | 101,787.00 | 0.00 |
| | ----------------------- | ----------------------- | ----------------------- |
| | 101,787.00 | 101,787.00 | 0.00 |

Page Subtotals    0.00    24,169.71

Ver: 18.04c

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 12)*

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 11-40844 -JPC | Trustee Name: | PHILIP V. MARTINO |
|---|---|---|---|
| Case Name: | MISZKOWICZ, STEVEN | Bank Name: | ASSOCIATED BANK |
| | GIPPLE, CONNIE | Account Number / CD #: | *******9945 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******6075 | | |
| For Period Ending: | 05/14/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | | ============ | ============ | ============ |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

|  |  |  | Page Subtotals | 0.00 | 0.00 |
|---|---|---|---|---|---|

Ver: 18.04c